United States District Court
Southern District of Texas
**ENTERED**
February 04, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CINDY BURNS, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED, §§§§§ Plaintiff, § VS. § § DEFENDANT CONVERGENT § OUTSOURCING, INC., AND JOHN DOES L-25, §§§§ Defendant. § | CIVIL ACTION NO. 4:18-CV-3502 |

**ORDER OF DISMISSAL**

In accordance with the Notice of Voluntary Dismissal with Prejudice filed on December 20, 2018 (Doc. 5) this case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this _4th_ day of February, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE